GEORGE S. KIDDER, Appellant, *v.* PORT HENRY IRON ORE COMPANY OF LAKE CHAMPLAIN et al., Respondents.

*Kidder* v. *Port Henry Iron Ore Co.,* 153 App. Div. 931, affirmed.
(Argued February 27, 1913; decided March 18, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1912, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to compel specific performance of an alleged covenant.

The following questions were certified: "I. Does the complaint state facts sufficient to constitute a cause of action against the defendant Port Henry Iron Ore Company of Lake Champlain. II. Does the complaint state facts sufficient to constitute a cause of action against the defendant Lake Champlain and Moriah Railroad Company?"

*Berne A. Pyrke* and *Fred W. Dudley* for appellant.

*Edward T. Stokes* for respondents.

Order affirmed, with costs; questions certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.